# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 13, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129228(26)

GWENDOLYN McCLENDON,
      Plaintiff-Appellant,

v

DIMITRIOS APOSTOLOU, M.D.,
WALTER FRASHER, PA-C, PETER
MANCINI II, M.D., and HARPER-
HUTZEL HOSPITAL, Jointly and
Severally,
      Defendants,

and

ALLEN WILLIAMS, M.D., and
MERCY MEMORIAL HOSPITAL
CORPORATION,
      Defendants-Appellees.

SC: 129228
COA: 260583
Wayne CC: 02-226917-NH

_____/

On order of the Court, the motion for reconsideration of this Court's January 27, 2006 order is considered, and it is GRANTED. We VACATE our order dated January 27, 2006. On reconsideration, the application for leave to appeal the June 28, 2005 order of the Court of Appeals is considered and, it appearing to this Court that the case of *Mullins v St Joseph Mercy Hosp* (Docket No. 131879) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 13, 2007

Clerk

d0410